IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Cheesecake Funk LLC,
_____
　　　　　Plaintiff(s),

　v.　　　　　　　　　　　　　　　　　　　Case No.　3:26-cv-00400
　　　　　　　　　　　　　　　　　　　　　_____

Cal-Maine Foods, Inc. et al.,
_____
　　　　　Defendant(s).

## MOTION TO APPEAR *PRO HAC VICE*

Joshua J. Rissman　　　　　　of　　Gustafson Gluek PLLC
_____　　　　　_____
　　　Attorney　　　　　　　　　　　　　　　Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in　Minnesota
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jurisdiction

Dated this __6th__ day of _____ May,　2026_____

s/ Joshua J. Rissman
_____

Name　　Joshua J. Rissman
　　　　　_____

Firm　　Gustafson Gluek PLLC
　　　　　_____

Address　Canadian Pacific Plaza
　　　　　_____

　　　　　120 So. Sixth St., Ste. 2600
　　　　　_____

City　　Minneapolis　　　State　MN　Zip Code 55402

E-Mail　jrissman@gustafsongluek.com
　　　　　_____

Phone　(612) 333-8844
　　　　　_____