IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Cheesecake Funk LLC,

Plaintiff(s),

v.

Case No. 3:26-cv-00400

Cal-Maine Foods, Inc. et al.,

Defendant(s).

## MOTION TO APPEAR *PRO HAC VICE*

Michelle J. Looby       of   Gustafson Gluek PLLC

Attorney                         Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  Minnesota

Jurisdiction

Dated this  6th  day of  May,  2026

s/ Michelle J. Looby

Name    Michelle J. Looby

Firm    Gustafson Gluek PLLC

Address  Canadian Pacific Plaza

120 So. Sixth St., Ste. 2600

City    Minneapolis        State  MN  Zip Code 55402

E-Mail  mlooby@gustafsongluek.com

Phone   (612) 333-8844