IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Cheesecake Funk LLC,

Plaintiff(s),

v.

Cal-Maine Foods, Inc. et al.,

Defendant(s).

Case No.  3:26-cv-00400

## MOTION TO APPEAR *PRO HAC VICE*

Melanie Miller Kapanke of Gustafson Gluek PLLC

Attorney                                    Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  Minnesota

Jurisdiction

Dated this  6th  day of  May,  2026

s/ Melanie Miller Kapanke

Name    Melanie Miller Kapanke

Firm     Gustafson Gluek PLLC

Address  Canadian Pacific Plaza

120 So. Sixth St., Ste. 2600

City     Minneapolis     State  MN  Zip Code 55402

E-Mail   mmiller@gustafsongluek.com

Phone    (612) 333-8844